IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HECTOR VARGAS                                                                              PETITIONER

v.                                        No. 2:16-CV-02120

BILL HOLLENBECK, Sheriff,
Sebastian County, Arkansas                                                              RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 10) from United States Magistrate Judge Mark E. Ford. The Magistrate recommends that the Court grant Petitioner's motion (Doc. 8) to voluntarily dismiss his case pursuant to Federal Rule of Civil Procedure 41(a)(2). Upon due consideration, the Court finds that the Magistrate's report (Doc. 10) contains no clear error, and that it should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner's motion to dismiss (Doc. 8) is GRANTED and his case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE