IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HECTOR VARGAS                                                                                      PETITIONER

v.                                              No. 2:16-CV-02120

BILL HOLLENBECK, Sheriff,
Sebastian County, Arkansas                                                                  RESPONDENT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the habeas petition in this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 7th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE